United States District Court
Southern District of Texas
**ENTERED**
December 22, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHAI URIEL BELTRAN VILLEGAS, <br> A # 249-439-995, <br><br> Petitioner, <br><br> VS. <br><br> WARDEN RANDALL TATE, *et al.* <br><br> Respondents. | § <br> § <br> § <br> § <br> § <br> § CIVIL ACTION NO. 4:25-5644 <br> § <br> § <br> § <br> § |

## ORDER REGARDING HABEAS RELIEF

Having heard the parties' updates and positions regarding specific habeas remedies at a hearing on December 22, 2025, the Court now **ORDERS** that the respondents must provide the petitioner with a bond hearing under 8 U.S.C. § 1226(a), with all attendant burdens of proof, within seven days of the date of this order.  In the alternative, if the respondents do not provide the petitioner with a bond hearing within seven days, the respondents are ordered to release the petitioner from custody by the end of the seventh day.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____December 22_____, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE